

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Lewis Cornelius Tucker, Appellant

No. 06-23-00043-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 29885). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Tucker was convicted of a third-degree-felony offense and that his statute of offense was Section 550.021(c)(2) of the Texas Transportation Code. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Lewis Cornelius Tucker, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 16, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk